# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 05-4491

_____

Ricky Lee McDeid,                          *
                                           *
             Appellant,                     *
                                           *   Appeal from the United States
        v.                                  *   District Court for the
                                           *   District of Minnesota.
State of Minnesota; Kevin Goodno;           *
Rick Harry; Mike Tessneer; Larry           *   [UNPUBLISHED]
TeBrake; Paula Johnson; Anita              *
Schlank; Steven Huot; Joanne               *
Fairfield; Tom Lundquist; Jerry            *
Zimmerman; Kirk Davis; Randy               *
Valentine; Barry Anderson; John            *
Mandernach; Thorn Torgerson,               *
                                           *
             Appellees.                     *

_____

Submitted: January 3, 2008
Filed: August 31, 2009

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Ricky Lee McDeid appeals the district court's[1] order granting defendants'
summary judgment motion in his 42 U.S.C. § 1983 action. Upon de novo review, see

---

[1] The Honorable Joan N. Ericksen, United States District Judge for the District
of Minnesota, adopting the report and recommendation of the Honorable Franklin L.
Noel, United States Magistrate Judge for the District of Minnesota.

Rouse v. Benson, 193 F.3d 936, 939 (8th Cir. 1999), we conclude summary judgment in favor of defendants was proper.  We affirm the judgment of the district court.  See Serna v. Goodno, 567 F.3d 944 (8th Cir. 2009); and see also 8th Cir. R. 47B.

_____